

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00402-CV

| | | |
|---|---|---|
| FRIEDMAN & FEIGER, LLP, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| v. | § | of Parker County (CIV-15-0299) |
| | § | July 18, 2019 |
| ROBERT E. MASSEY, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM EARL MASSEY, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT ON REHEARING

After reviewing appellee Robert E. Massey, Individually and as Independent Executor of the Estate of William Earl Massey's motion for rehearing, we deny the motion. We withdraw our June 6, 2019 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's order denying

Friedman & Feiger, LLP's motion to compel arbitration and remand to the trial court for entry of an order compelling to arbitration the counterclaims appellee Robert E. Massey, Individually and as Independent Executor of the Estate of William Earl Massey asserted in the "Defendants' Original Counterclaim" filed on August 7, 2018, pursuant to the parties' arbitration agreement.

It is further ordered that appellee Robert E. Massey, Individually and as Independent Executor of the Estate of William Earl Massey shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
     Justice Lee Gabriel